O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-00101 AHM (FFMx) | Date | May 23, 2011 |
|---|---|---|---|
| Title | MICHAEL GERSHON v. MRS ASSOCIATES, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

The Court enters judgment in favor of Plaintiff under the terms set forth in the Defendant's Offer of Judgment that was accepted by Plaintiff, attached and hereto incorporated herein. *See* Dkt. 19-1.

This case is hereby CLOSED. The clerk is directed to close the file.

                                                                                                  : 

                                                              Initials of Preparer        SMO

**JS-6**

UNITES STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

------------------------------------------------------X
MICHAEL GERSHON,                                :
                                                :    Case No. CV-11-0101 SS
                      Plaintiff,                :
                                                :
                                                :    **OFFER OF JUDGMENT**
vs.                                             :
                                                :
MRS ASSOCIATES, INC.,                           :
                      Defendant.                :
                                                :
                                                :
                                                :
                                                :
------------------------------------------------------X

     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant MRS Associates, Inc. ("MRS") offers to allow judgment to be taken against it in this action as follows:

     (1)    MRS will pay Plaintiff a total of $2,000.00 (two thousand dollars), plus reasonable attorneys' fees, in full and complete satisfaction of all of Plaintiff's claims; and

     (2)    This offer of judgment is not to be construed as an admission that MRS is liable in this action or that Plaintiff has suffered any damages.

     If this Offer of Judgment is not accepted within 10 (ten) days of service as provided in Fed. R. Civ. P. 68, and if the judgment, if any, obtained by Plaintiff in this action is not more favorable than this Offer of Judgment, then Defendant will seek from Plaintiff all costs and attorneys' fees incurred after the making of this Offer of Judgment.

Dated: May 9, 2011

                                            THE SALVO LAW FIRM, P.C.

                                            By: _____
                                                 Cindy D. Salvo

                                            165 Passaic Avenue, Suite 310
                                            Fairfield, New Jersey  07004
                                            (973) 233-4080

                                            Attorneys for Defendant